UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PLC, PERCY BARNEVIK, TOM MCKILLOP, JONATHAN SYMONDS and HAKAN MOGREN,<br><br>Defendants. | No. 05 CV 10167 NMG |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

The Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and agree that the time within which the Defendants shall have to answer, move, or otherwise respond to the complaint in the above-captioned action shall be enlarged to the date forty-five (45) days following the later of (i) the court's appointment of a "lead plaintiff" within the meaning of the Private Securities Litigation Reform Act of 1995, or (ii) the filing of a consolidated amended complaint by such "lead plaintiff."

The parties further agree that a Consolidated Amended Complaint shall be filed within forty-five (45) days after the court's appointment of a lead plaintiff.

In addition, the parties agree that plaintiff's Opposition shall be filed within forty-five (45) days after the filing of any motion to dismiss the Consolidated Amended Complaint and that defendants' Reply shall be filed within thirty (30) days after the filing of an Opposition.

By entering into this stipulation, each party acknowledges that the Plaintiff and Defendants reserve all of their respective claims and rights to assert all defenses and objections, including those relating to service of process, personal and/or subject matter jurisdiction, venue and/or the appropriateness of this forum, and any other defense Defendants may raise under Federal Rule of Civil Procedure 12.

STIPULATED AND AGREED:

| | |
|---|---|
| ASTRAZENECA PLC, PERCY BARNEVIK, TOM MCKILLOP, JONATHAN SYMONDS and HAKAN MOGREN, | RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated, |
| By their attorneys, | By their attorneys, |
| ___s/ John D. Donovan, Jr._____ | ____s/ Theodore M. Hess-Mahan_____ |
| John D. Donovan, Jr. BBO #130950<br>Gabriel D. O'Malley BBO #651432<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 | Thomas G. Shapiro BBO #454680<br>Theodore M. Hess-Mahan BBO #557109<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 439-3939 |
| Michael P. Carroll<br>Joel M. Cohen<br>Patrick J. Murray<br>Daniel S. Kahn<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>DARREN J. ROBBINS<br>MARY K. BLASY<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |

-3-

                                                 LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                               SAMUEL H. RUDMAN
                                               DAVID A. ROSENFELD
                                               200 Broadhollow Road, Suite 406
                                               Melville, NY  11747
                                               Telephone:  631/367-7100
                                               631/367-1173 (fax)

SO ORDERED:

_____                                  DATED:  February \_\_\_, 2005
Nathaniel M. Gorton
U.S. District Judge