AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED
IN CLERKS OFFICE

RAYMOND TYLER, On Behalf of Himself and
All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

2005 FEB -7  P 2: 37

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

ASTRAZENECA PLC, PERCY BARNEVIK,
TOM MCKILLOP, JONATHAN SYMONDS
and HAKAN MOGREN

CASE NUMBER:

**05 CV 10167 NMG**

TO: (Name and address of Defendant)

Jonathan Symonds
% AstraZeneca PLC
35 Gatehouse Drive
~~Cambridge~~, MA ~~02142~~
WALTHAM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1/31/2005

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | FEBRUARY 1, 2005 at 1:15 p.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO CAROL A. LOESCHORN, DIRECTOR PATENTS, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT ASTRAZENECA, PLC, 35 GATEHOUSE DRIVE, WALTHAM, MASSACHUSETTS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $9.00 | $36.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/2005  1:15pm
*Date*

*Signature of Server*
DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

[handwritten margin note: %JONATHAN SYMONDS ASTRAZENECA PLC 35 GATEHOUSE DR WALTHAM]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.