UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
RAYMOND TYLER, on Behalf of Himself and  :
All Others Similarly Situated,
                                         :
            Plaintiff,                   :   05 CV 10167 (NMG)
                                         :
    vs.                                  :
                                         :
ASTRAZENECA, PLC, PERCY BARNEVIK,        :
TOM MCKILLOP, JONATHAN SYMONDS,          :
and, HAKEN MOGREN                        :
                                         :
            Defendants.                  :
                                         :
---------------------------------------------------------------X

**MOTION OF THE FOSTER GROUP FOR APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO §21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Movants Robert W. Foster, Roy E. Humphrey, Bruce Elliott, Roberta R. Wiktorin, Robert Glen Reinhart, Ray Washam Jr., and Danny Richards (the "Foster Group" or "Movants") through their undersigned counsel, hereby move this Court for an order (i) appointing Movants as Lead Plaintiff on behalf of purchasers of AstraZeneca securities, pursuant to Section 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, and (ii) approving Movants' selection of Lead Counsel.

The Motion is brought on the grounds that the actions filed against AstraZeneca and the other individual defendants are substantially identical because each alleges claims for violations of the Exchange Act, and are based upon similar factual allegations against the same defendants. In addition, consolidation of these cases will promote efficiency.

The Motion is also made on the grounds that Movants believe they are the most adequate lead plaintiff, having suffered total estimated losses of $9,862.75. In addition, Movants meet the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of class members' claims and they each will fairly and adequately represent the Class.

The facts and law supporting the Motion are fully set forth in the accompanying Memorandum of Law in Support of the Motion of the Foster Group for Appointment as Lead

Plaintiff pursuant to §21D of the Exchange Act, and Approval of Lead Plaintiff's Choice of Lead Counsel.

Dated: March 28, 2005

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

/s/ Douglas M. Brooks
Douglas M. Brooks (BBO# 058850)
David Pastor (BBO# 391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

**Proposed Liaison Counsel
For Plaintiffs and the Class**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Proposed Lead Counsel For
Plaintiffs and The Class**

{00004447.DOC ; 1}

2