# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------X
RAYMOND TYLER, on Behalf of Himself and         :
All Others Similarly Situated,                  :
                                                :
                            Plaintiff,          :      05 CV 10167 (NMG)
                                                :
            vs.                                 :
                                                :
ASTRAZENECA, PLC, PERCY BARNEVIK,               :
TOM MCKILLOP, JONATHAN SYMONDS,                 :
and, HAKEN MOGREN                               :
                                                :
                            Defendants.         :
                                                :
-----------------------------------------------------X
```

## [PROPOSED] ORDER GRANTING THE MOTION OF THE FOSTER GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

{00004445.DOC ; 1}

Having considered the motion of Movants for consolidation, appointment as Lead Plaintiff, and approval of selection of Lead Counsel, and the memorandum of law and declaration of Aaron L. Brody in support thereof, and good cause appearing therefor:

CONSOLIDATION

1.    This Order (the "Order") shall apply as specified to each case that relates to the same subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Action.

MASTER DOCKET AND MASTER FILES

2.    A Master File is hereby established for this proceeding.  The Master File shall be 05 CV 10167 (NMG). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3.    An original of this Order shall be filed by the Clerk in the Master File.

4.    The Clerk shall mail a copy of this Order to counsel of record.

CAPTION OF THE CASE

5.    Every pleading filed in the Action shall have the following caption:

```
----------------------------------------------------------------X
IN RE ASTRAZENECA PLC                      :
SECURITIES LITIGATION                      :        05 CV 10167 (NMG)
                                           :
----------------------------------------------------------------X
```

NEWLY-FILED OR TRANSFERRED ACTIONS

6.    This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Action.

7.    When a case that arises out of the same subject matter of the Action is hereinafter

filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a.  File a copy of this Order in the separate file for such action;

    b.  Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

    c.  Make the appropriate entry in the Master Docket for the consolidated Action.

8.    Each new case that arises out of the subject matter of the Action which is filed in this Court or transferred to this Court, shall be consolidated with the Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

## APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

9.    The following movants and class members are appointed as lead pursuant to Section 21D (a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"): Robert W. Foster, Roy E. Humphrey, Bruce Elliott, Roberta R. Wiktorin, Robert Glen Reinhart, Ray Washam Jr., and Danny Richards.

10.    The law firm of Stull, Stull & Brody is hereby appointed as Lead Counsel and the law firm of Gilman & Pastor, LLP is hereby appointed as Liaison Counsel.

11.    With the approval of the Court, Lead Counsel and Liaison Counsel shall assume and exercise the following powers and responsibilities:

    a.  To coordinate the briefing and argument of motions;

    b.  To coordinate the conduct of written discovery proceedings;

c.  To coordinate the examination of witnesses in depositions;

d.  To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

e.  To call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.  To conduct all settlement negotiations with counsel for the defendants;

g.  To coordinate and direct the preparation for trial, and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

h.  To receive orders, notices, correspondence and telephones calls from the Court on behalf of all plaintiffs, and to transmit copies of such telephone calls to plaintiffs' counsel; and

i.  To supervise any other matters concerning the prosecution or resolution of the Action.

12.    With respect to scheduling and/or procedural matters, defendants' counsel may rely upon all agreements with Lead Counsel.

13.    No pleadings or other papers shall be filed or discovery conducted by any plaintiff except as directed or undertaken by Lead Counsel.

14.    Counsel in any related action that is consolidated with the Action shall be bound by this organizational structure of plaintiffs' counsel.

SERVICE OF PLEADINGS AND OTHER PARTIES

15.    Service by the defendants on plaintiffs of any papers shall be deemed to be complete for all purposes when a copy is served on Lead Counsel.

SO ORDERED THIS _____th day of _____, 2005:


_____
U.S.D.J.