**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RAYMOND TYLER, Individually and on Behalf of All others Similarly Situated, : : : : Plaintiff, : : vs. : : : Case No. 1:05-cv-10167 (NMG) : ASTRAZENECA PLC, TOM MCKILLOP, : JONATHAN SYMONDS, HAKAN MOGREN, : and PERCY BARNEVIK, : : Defendants. : | |

**NOTICE OF FILING**

Please take notice that counsel to plaintiff in the action captioned <u>Marcus v. AstraZeneca PLC</u>, No. 1:05-cv-081 (GMS) (D. Del. filed Feb. 14, 2005), has filed on behalf of class members Anthony Lang, individually and on behalf of Hunglang Investment Group, and Charles R. Beyerlein (collectively, the "Lang Group") a Motion For Appointment As Lead Plaintiff And For Approval of Selection of Lead Counsel (the "Motion"), pursuant to the Private Securities Litigation Reform Act of 1995, <u>15 U.S.C. 78u-4 et seq</u>., in the United States District Court for the District of Delaware, where one action related to the above-captioned action is pending. This Notice of Filing incorporates the Motion by reference as if filed in this District.

DATED:  March 28, 2005

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109
Tel.:  (617) 369-7979

*Local Counsel*

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300

*Proposed Lead Counsel*

                        **FARUQI & FARUQI, LLP**
                        Nadeem Faruqi
                        320 East 39th Street
                        New York, NY  10016
                        (212) 983-9330 – phone
                        (212) 983-9331 – fax

                        *Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I, Sharon M. Lee, a member of the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the annexed Notice of Filing to be served by regular U.S. Mail to all parties listed on the attached service list on this 28th day of March 2005.

Dated: March 28, 2005                                          /s/ Sharon M. Lee

                                                                       Sharon M. Lee

**ASTRAZENECA PLC**
**SERVICE LIST**

| *Tyler v. Aztrazeneca PLC*, No. 05cv10167 (D. Mass.) | |
|---|---|
| Thomas G. Shapiro, Esq.<br>Theodore M. Hess-Mahan, Esq.<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA  02109<br>Tel: 617.439.3939<br>Fax: 617.439.0134<br><br>*Attorneys for Plaintiff Raymond Tyler* | William S. Lerach, Esq.<br>Darren J. Robbins, Esq.<br>Mary K. Blasy, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel: 619.231.1058<br>Fax: 619.231.7423<br><br>*Attorneys for Plaintiff Raymond Tyler* |
| Samuel H. Rudman, Esq.<br>David A. Rosenfeld, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, NY  11747<br>Tel: 631.367.7100<br>Fax: 631.367.1173<br><br>*Attorneys for Plaintiff Raymond Tyler* | |

| *Marcus v. Astrazeneca PLC*, No. 05cv81 (D. Del.) | |
|---|---|
| Nadeem Faruqi, Esq.<br>**FARUQI & FARUQI, LLP**<br>320 E. 39th Street<br>New York, NY  10016<br>Tel: 212.983.9330<br>Fax: 212.983.9331<br><br>*Attorneys for Plaintiff Martin Marcus* | |

| *Jaroslawicz v. Astrazeneca PLC*, No. 05cv2688 (S.D.N.Y.) | |
|---|---|
| Stanley M. Grossman, Esq.<br>H. Adam Prussin, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>100 Park Avenue<br>New York, NY  10017<br>Tel: 212.661.1100<br>Fax: 212.661.8665<br><br>*Attorneys for Plaintiff David Jaroslawicz* | Patrick V. Dahlstrom, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>One North LaSalle Street, Suite 2225<br>Chicago, IL  60602-3908<br>Tel: 312.377.1181<br>Fax: 312.377.1184<br><br>*Attorneys for Plaintiff David Jaroslawicz* |

| *Elliott v. Astrazeneca PLC*, No. 05cv2969 (S.D.N.Y.) | |
|---|---|
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzivia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212.687.7230<br>Fax: 212.490.2022<br><br>*Attorneys for Plaintiff Bruce R. Elliott* | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY  10176<br>Tel: 212.682.3025<br>Fax: 212.682.3010<br><br>*Attorneys for Plaintiff Bruce R. Elliott* |

| | |
|---|---|
| John D. Donovan, Jr., Esq.<br>Gabriel D. O'Malley, Esq.<br>**ROPES & GRAY LLP**<br>One International Place<br>Boston, MA  02110<br>Tel: 617.951.7000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* | Michael P. Carroll, Esq.<br>Joel M. Cohen, Esq.<br>Patrick J. Murray, Esq.<br>Daniel S. Kahn, Esq.<br>**DAVIS POLK & WARDWELL**<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel: 212.450.4000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* |