UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, et al.,<br><br>                Defendants. | ) No. 05-CV-10167-NMG<br>)<br>) <u>CLASS ACTION</u><br>)<br>) STATE UNIVERSITIES RETIREMENT<br>) SYSTEM OF ILLINOIS' MOTION FOR<br>) APPOINTMENT AS LEAD PLAINTIFF<br>) AND APPROVAL OF LEAD PLAINTIFF'S<br>) SELECTION OF LEAD AND LIAISON<br>) COUNSEL<br>)<br>) |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that State Universities Retirement System of Illinois, who purchased AstraZeneca PLC publicly-traded securities during the period between April 2, 2003 and October 11, 2004 ("Class Period"), hereby move this Court for an Order granting State Universities Retirement System of Illinois' Motion for (1) Appointment as Lead Plaintiff and (2) Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934.  This Motion is based upon this notice of motion, the accompanying Memorandum of Law in support thereof, the Affidavit of Theodore M. Hess-Mahan, the pleadings and other files and records in each of these actions, and such other written or oral argument as may be permitted by the Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), State Universities Retirement System of Illinois hereby requests oral argument on this Motion.

DATED:  March 28, 2005

                Respectfully submitted

                **/s/Theodore M. Hess-Mahan**
                Thomas G. Shapiro (BBO #454680)
                Theodore M. Hess-Mahan (BBO #557109)
                Shapiro Haber & Urmy LLP
                53 State Street
                Boston, MA  02109
                Telephone:  617/439-3939
                617/439-0134 (fax)

                [Proposed] Liaison Counsel

- 2 -

                    LERACH COUGHLIN STOIA GELLER
                      RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
LAURA M. ANDRACCHIO
UDOKA NWANNA
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\AstraZeneca\LP Motion\Mass\LP Motion.doc

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>ASTRAZENECA PLC, et al.,<br><br>                      Defendants. | ) No. 05-CV-10167-NMG<br>)<br>) <u>CLASS ACTION</u><br>)<br>) [PROPOSED] ORDER GRANTING STATE<br>) UNIVERSITIES RETIREMENT SYSTEM<br>) OF ILLINOIS' MOTION FOR<br>) APPOINTMENT AS LEAD PLAINTIFF<br>) AND APPROVAL OF LEAD PLAINTIFF'S<br>) SELECTION OF LEAD AND LIAISON<br>) COUNSEL |

Having considered the Motion to appoint State Universities Retirement System of Illinois as lead plaintiff and to approve lead plaintiff's choice of lead counsel and liaison counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.   The Motion is GRANTED;

2.   The Court appoints the State Universities Retirement System of Illinois as Lead Plaintiff; and

3.   Lead Plaintiff's selection of Lead Counsel for the class is approved. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel and Shapiro Haber & Urmy LLP is approved as Liaison Counsel.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE