UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, et al.,<br><br>                 Defendants. | ) No. 05-CV-10167-NMG<br>)<br>) <u>CLASS ACTION</u><br>)<br>) LOCAL RULE 7.1(A)(2) CERTIFICATION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil Local Rule 7.1(a)(2), counsel hereby certifies that they have conferred and attempted in good faith to resolve or narrow the issue before the Court. Specifically, on March 24, 2005 and March 28, 2005, proposed lead counsel for State Universities Retirement System of Illinois conferred with counsel for defendants to discuss the substance of its motion for appointment as Lead Plaintiff and approval of Lead Counsel. Counsel for defendants took no position to the filing of the motion, but reserved their right to object to the motion at a later date.

DATED:  March 28, 2005           SHAPIRO HABER & URMY LLP

                                            /s/Theodore M. Hess-Mahan
                                         THEODORE M. HESS-MAHAN

                                 THOMAS G. SHAPIRO (BBO #454680)
                                 THEODORE M. HESS-MAHAN (BBO #557109)
                                 53 State Street
                                 Boston, MA  02109
                                 Telephone:  617/439-3939
                                 617/439-0134 (fax)

                                 [Proposed] Liaison Counsel

                                 LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 WILLIAM S. LERACH
                                 LAURA M. ANDRACCHIO
                                 UDOKA NWANNA
                                 401 B Street, Suite 1600
                                 San Diego, CA  92101
                                 Telephone:  619/231-1058
                                 619/231-7423 (fax)

                                 [Proposed] Lead Counsel for Plaintiffs

I:\AstraZeneca\LP Motion\Mass\Local Rule.doc