**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| RAYMOND TYLER, Individually and on Behalf of All others Similarly Situated, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| vs. | :<br>: Case No. 1:05-cv-10167 (NMG)<br>: |
| ASTRAZENECA PLC, TOM MCKILLOP, JONATHAN SYMONDS, HAKAN MOGREN, and PERCY BARNEVIK, | :<br>:<br>:<br>: |
| Defendants. | :<br>: |

---

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE LANG GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF <u>LEAD COUNSEL</u>**

Please take notice that counsel to lead plaintiff movants Anthony Lang, individually and on behalf of Hunglang Investment Group, and Charles R. Beyerlein (collectively, the "Lang Group") hereby withdraw their Lead Plaintiff/Lead Counsel motion. The State Universities Retirement System of Illinois ("Illinois") has reported the largest financial interest of all movants in this action. In addition, Illinois is a sophisticated institutional investor that is capable of representing the Lang Group and other members of the class, as evidenced by, among other things, its lead plaintiff and class representative appointments in other federal securities class actions. Accordingly, the Lang Group withdraws its motion, and supports the appointment of Illinois as Lead Plaintiff. The Lang Group members, however, do not, by their withdrawal, waive their right to participate and recover as class members or shareholders in this or any litigation. Should the Court find it necessary to appoint new or additional Lead Plaintiffs, the Lang Group and Milberg Weiss Bershad & Schulman LLP are ready, willing and able to serve as Lead Plaintiff and Lead Counsel, respectfully, for the Class.

DATED: May 10, 2005

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Tel.: (617) 369-7979

*Local Counsel*

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300

*Counsel for the Lang Group*

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330 – phone
(212) 983-9331 – fax

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 10th day of May, 2005.

/s/ Nancy Freeman Gans
Nancy Freeman Gans