UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
: 
RAYMOND TYLER, On Behalf of Himself and :
All Others Similarly Situated, :
:
        Plaintiff, :
:
  - against - : No. 05 CV 10167 MNG
:
ASTRAZENECA PLC, PERCY BARNEVIK, :
TOM MCKILLOP, JONATHAN SYMONDS and :
HAKAN MOGREN, :
:
        Defendants. :
:
------------------------------------ x

STIPULATION AND ███████ ORDER TO TRANSFER ACTION

      WHEREAS on January 27, 2005, Plaintiff Raymond Tyler filed this action against Defendants AstraZeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Håkan Mogren;

      WHEREAS there are currently pending two actions filed in the Southern District of New York, Jaroslawicz v. AztraZeneca PLC et al., 05 CV 2688 (TPG), and Elliott v. AztraZeneca PLC et al., 05 CV 2969 (TPG), that assert claims against the same defendants and allege substantially similar facts and legal theories to the above-captioned complaint;

      WHEREAS there is currently pending one action filed in the District of Delaware, Marcus v. AstraZeneca PLC et al., 05 CV 81 (GMS), that asserts claims

against the same defendants and alleges substantially similar facts and legal theories to the above-captioned complaint;

WHEREAS Plaintiff and Defendants understand that the plaintiff in Marcus v. AstraZeneca PLC et al. intends to dismiss that action voluntarily, in deference to the other pending actions; and

WHEREAS counsel for Plaintiff and Defendants have met and conferred and have agreed to seek transfer of this action to the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, subject to the approval of the Court, that:

1. For the convenience of all parties, as well as in the interests of justice, this action shall be transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a);

2. This action is related to the two above-referenced actions pending in the Southern District of New York before the Honorable Thomas P. Griesa; and

3. Each party acknowledges that Plaintiff and Defendants reserve all of their respective claims and rights to assert all defenses and objections, including those relating to service of process, personal and/or subject matter jurisdiction, and any other defense Defendants may raise under Federal Rule of Civil Procedure 12.

Dated: New York, New York
       April 21, 2005

| | |
|---|---|
| ASTRAZENECA PLC, PERCY BARNEVIK, TOM MCKILLOP, JONATHAN SYMONDS and HAKAN MOGREN, | RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated, |
| By their attorneys, | By their attorneys, |
| ___s/John D. Donovan, Jr._____ | __/s Theodore M. Hess-Mahan_____ |
| John D. Donovan, Jr. BBO #130950 | Thomas G. Shapiro BBO #454680 |
| Gabriel D. O'Malley BBO #651432 | Theodore M. Hess-Mahan BBO #557109 |
| ROPES & GRAY LLP | SHAPIRO HABER & URMY LLP |
| One International Place | 53 State Street |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 951-7000 | (617) 439-3939 |
| | |
| Michael P. Carroll | William S. Lerach |
| Joel M. Cohen | Darren J. Robbins |
| Patrick J. Murray | Ramzi Abadou |
| Daniel S. Kahn | LERACH COUGHLIN STOIA GELLER |
| DAVIS POLK & WARDWELL | RUDMAN & ROBBINS LLP |
| 450 Lexington Avenue | 401 B Street, Suite 1700 |
| New York, NY 10017 | San Diego, CA 92101-4297 |
| (212) 450-4000 | (619) 231-1058 |

SO ORDERED:

_____/s/ N.M. Gorton_____
Nathaniel M. Gorton
U.S. District Judge

DATED: ~~April~~ June 28, 2005