

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:                                              RE:

Southern District Of New York            CIVIL ACTION #. 1:05-CV-10167

500 Pearl Street                         CRIMINAL #. _____

New York, NY 10007                       _____

_____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ June 28th, 2005 _____ by the Honorable   Nathaniel M Gorton   .

The following documents are included in our file and transmitted herewith:

( x )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

(  )    Original documents numbered _____

(  )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   6/29/05

By: Elizabeth E. Elefther 617.748.4073
Deputy Clerk

cc:    Counsel, File

---

The documents listed above were received by me on   7/1/05   and assigned the following case number:   05-CV-6183

By:_____
Deputy Clerk

I hereby certify on 6-29-05 that the foregoing document is true and correct copy of the electronic docket in the captioned case
[X] electronically filed original filed on_____
[X] original filed in my office on_____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)