UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAYMOND TYLER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 05-CV-10167-NMG |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | NOTICE OF CHANGE OF FIRM ADDRESS |
| ASTRAZENECA PLC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective December 19, 2005, Lerach Coughlin Stoia Geller

Rudman & Robbins LLP will have relocated its Melville office as shown below:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO #454680)
THEODORE M. HESS-MAHAN (BBO #557109)
53 State Street
Boston, MA  02109
Telephone: 617/439-3939
617/439-0134 (fax)

DATED: December 20, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
LAURA M. ANDRACCHIO
UDOKA NWANNA

_____
WILLIAM S. LERACH

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

- 2 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101-3301.

2.    That on December 21, 2005, declarant served the **NOTICE OF CHANGE OF FIRM ADDRESS** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this twenty-first day of December, 2005, at San Diego, California.

Terree DeVries

ASTRAZENECA (MA)

Service List - 12/14/2005  (05-0022)

Page 1 of 2

### Counsel For Defendant(s)

Michael P. Carroll
Joel M. Cohen
Patrick J. Murray
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
  212/450-4000
  212/450-3800(Fax)

John D. Donovan, Jr.
Gabriel D. O'Malley
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
  617/951-7000
  617/951-7050(Fax)

### Counsel For Plaintiff(s)

Nadeem Faruqi
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY  10016
  212/983-9330
  212/983-9331(Fax)

David Pastor
Douglas M. Brooks
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701(Fax)

William S. Lerach
Laura M. Andracchio
Udoka Nwanna
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229(Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
  617/369-7979
  617/369-7980(Fax)

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
  617/439-3939
  617/439-0134(Fax)

ASTRAZENECA (MA)

Service List - 12/14/2005  (05-0022)

Page 2 of 2

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017
   212/687-7230
   212/490-2022(Fax)